**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **Case No. 3:23-cr-00073-02 KGB**

**ANTONIO LADARIUS GREEN** **DEFENDANT**

**AMENDMENT TO JUDGMENT AND COMMITMENT ORDER**

The Judgment and Commitment Order entered in this matter on June 15, 2026, (Dkt. No. 119) is hereby amended to reflect the following condition imposed at defendant Antonio Ladarius Green's sentencing hearing but inadvertently left off of the Judgment previously entered:

1. Restitution in the amount of $12,065.50 is joint and several with any other defendant who has been or will be convicted on an offense for which restitution to the same victim on the same loss is ordered.

All other conditions set forth in the original Judgment and Commitment Order remain in full force and effect.

It is so ordered this 11th day of August, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge